UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Valerie Smith,

               Plaintiff(s),

   -against-

Lucky Pearl LLC, et al.,

               Defendant(s).
------------------------------------x

17 Civ. 6411 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than March 9, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: March 2, 2020

New York, New York